ELLEN F. McFADDEN *vs.* WILLIAM BUBIER.

Kennebec, 1876.—May 26, 1877.

*Bastardy.*

</div>

The preliminary proceedings in a bastardy process may be instituted before a justice of the peace.

ON EXCEPTIONS.

Complaint in a bastardy process, made before a justice of the peace, who took the accusation and examination of the complainant and issued his warrant for the apprehension of the accused, whom he required to give bond for his appearance, etc., at this court.

Upon motion of respondent's counsel, the court ruled that the action could not be maintained, and ordered it dismissed; and the complainant alleged exceptions.

*J. W. Spaulding*, for the complainant.

*G. C. Vose*, for the respondent.

WALTON, J. The only question is whether the complaint in a bastardy process can legally be made before a justice of the peace. We think it can. Such is the express language of the statute. True, the court held in *Sidelinger* v. *Bucklin*, 64 Maine, 371, that the complaint might be made before a trial justice, because a trial justice is, *ex officio*, a justice of the peace. But the court did not decide that such a complaint must be made before a trial justice; nor do we think such a decision would be correct. We think the true construction of the statute is that such a complaint may be made, and the other preliminary proceedings had, before either a justice of the peace or a trial justice,—before a justice of the peace, because such is the express language of the statute, and before a trial justice, because a trial justice is, *ex officio*, a justice of the peace. R. S., c. 97, § 1. R. S., c. 83, § 30.

*Exceptions sustained.*

APPLETON, C. J., DANFORTH, VIRGIN, PETERS and LIBBEY, JJ., concurred.